**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEPHANIE J.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

______________________________/

Case No. 2:25-cv-12692

UNITED STATES DISTRICT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
KIMBERLY G. ALTMAN

**ORDER ACCCEPTING AND ADOPTING REPORT AND RECOMMENDATION [ECF No. 14], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 12], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 10]**

BEFORE THE COURT is Plaintiff's and Defendant's cross-motions for summary judgment. ECF No. 10; ECF No. 12. The Court referred this matter to Magistrate Judge Kimberly G. Altman, who issued a Report and Recommendation on November 2, 2026, that granted Defendant's Motion for Summary Judgment, denied Plaintiff's Motion for Summary Judgment, and affirmed the decision of the Administrative Law Judge. ECF No. 14. Neither Plaintiff nor Defendant has filed an objection to the Report and Recommendation, and the time for filing objections has

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this District has adopted a policy to identify plaintiffs by only their first names and last initials. *See* Fed. R. Civ. P. 5.2(c)(2)(B).

expired. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."). Upon the Court's review of the Parties' briefs and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate reached the correct conclusion.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Altman's November 2, 2026 Report and Recommendation [ECF No. 14] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [ECF No. 12] is hereby **GRANTED**, and Plaintiff's Motion for Summary Judgment [ECF No. 10] is hereby **DENIED**.

**IT IS SO ORDERED.**

/s/ Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Judge

Dated: November 25, 2026